| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bolton, Susan R. | 2. Court or Organization U.S. District Court, Arizona | 3. Date of Report 12/07/2016 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

401 W. Washington St., SPC 50
Suite 522
Phoenix, AZ 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Managing Member | Building K LLC |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Arizona Elected Officials Retirement Plan | $67,746.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch Single Premium Life | Cash value loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | C | Dividend | M | T | | | | | |
| 2. Bank of America | A | Interest | L | T | | | | | |
| 3. Merrill Lynch Single Premium Life-Insurance | | None | J | T | | | | | |
| 4. U.S. Savings Bonds | | None | O | T | | | | | |
| 5. Virtus Balanced Fund | A | Dividend | K | T | | | | | |
| 6. ML Retirement Plus-Annuity(variable) | | None | M | T | | | | | |
| 7. --AB GLBL THMTC GR PRT | | | K | T | | | | | |
| 8. --Blackrock High Yield | | | K | T | | | | | |
| 9. --BLK Basic Value VI | | | K | T | | | | | |
| 10. --BLK GLobal Alloc VI | | | L | T | | | | | |
| 11. --BLK Value Opport VI | | | J | T | | | | | |
| 12. --Invesco VI Core Eqty | | | K | T | | | | | |
| 13. Transamerica Landmark Annuity (variable) | | None | L | T | | | | | |
| 14. --TA Jennison Growth | | | K | T | | | | | |
| 15. --TA Aegon High Yield Bond | | | J | T | | | | | |
| 16. --Fidelity-VIP Contrafund Portfolio | | | J | T | | | | | |
| 17. --Fidelity-VIP Mid Cap Portfolio | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --TA Asset Allocation - Moderate | | | J | T | | | | | |
| 19. --AB Growth and Income Portfolio | | | J | T | | | | | |
| 20. Allianz Franklin-Annuity (variable) | | None | L | T | | | | | |
| 21. --AZL Oppenheimer Discovery Fund | | | J | T | | | | | |
| 22. --AZL MFS Mid Cap Value Fund | | | J | T | | | | | |
| 23. --Templeton Growth VIP Fund | | | J | T | | | | | |
| 24. --AZL JPM Intl Opportunities | | | J | T | | | | | |
| 25. --AZL INV Growth & Income | | | J | T | | | | | |
| 26. --AZL T.Rowe Price Capital App | | | J | T | | | | | |
| 27. --BlackRock Global Allocation | | | J | T | | | | | |
| 28. --Franklin Income VIP Fund | | | J | T | | | | | |
| 29. Office condo-1/2 Int-Phx,AZ ('94 60,000-'04 30,000) | | None | M | R | | | | | |
| 30. Fidelity Equity Dividend Income Fund | A | Dividend | K | T | | | | | |
| 31. Fidelity Magellan mutual fund | A | Dividend | K | T | | | | | |
| 32. Fidelity Value mutual fund | A | Dividend | K | T | | | | | |
| 33. Fidelity Asset Manager mutual fund | A | Dividend | K | T | | | | | |
| 34. Fidelity Puritan mutual fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Balanced mutual fund | A | Dividend | K | T | | | | | |
| 36. Vanguard IRA (H) | | | | | | | | | |
| 37. --Total Stock Market Index Fund | A | Int./Div. | J | T | | | | | |
| 38. --Growth Index Fund | A | Int./Div. | J | T | | | | | |
| 39. Illinois DFA zero coupon Muni Bond | | None | L | T | | | | | |
| 40. Arizona Elected Officials Retirement Plan | F | pension | M | T | | | | | |
| 41. Keyport Keyannuity (fixed rate) | | None | M | T | | | | | |
| 42. Keyport Keyannuity (fixed rate) | | None | L | T | | | | | |
| 43. IRA #1 (H) | | | | | | | | | |
| 44. --Bank of Baroda CD | A | Interest | M | T | Buy | 05/20/15 | M | | |
| 45. --First Niagra Bank CD | A | Interest | L | T | Buy | 05/15/15 | L | | |
| 46. --Hapoalim Bank CD | A | Interest | M | T | Buy | 11/25/15 | M | | |
| 47. --Santander Bank CD | A | Interest | L | T | Buy | 07/16/15 | L | | |
| 48. --Comenity Bank CD | A | Interest | L | T | Buy | 08/12/15 | L | | |
| 49. --Capital One Bank CD | A | Interest | M | T | Buy | 08/12/15 | M | | |
| 50. --American Express Centurian CD | A | Interest | M | T | Buy | 12/21/15 | M | | |
| 51. --Capital One CD | A | Interest | K | T | Buy | 10/21/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Ally Bank CD | A | Interest | L | T | Buy | 11/04/15 | L | | |
| 53. --Ally Bank CD | A | Interest | K | T | Buy | 11/12/15 | K | | |
| 54. --Compass Bank CD | A | Interest | M | T | Buy | 11/30/15 | M | | |
| 55. --First Niagra Bank CD | A | Interest | | | Redeemed | 05/14/15 | L | | |
| 56. --Santander Bank CD | A | Interest | | | Redeemed | 10/15/15 | L | | |
| 57. --Apple Bank CD | A | Interest | | | Redeemed | 10/22/15 | M | | |
| 58. --GE Capital Bank CD | A | Interest | L | T | | | | | |
| 59. --Discover Bank CD | A | Interest | M | T | | | | | |
| 60. --Ally Bank CD | A | Interest | L | T | | | | | |
| 61. --State Bank India CD | B | Interest | L | T | | | | | |
| 62. --Goldman Sachs Bank CD | A | Interest | L | T | | | | | |
| 63. --Verizon Communications | B | Dividend | K | T | | | | | |
| 64. --Goldman Sachs Bank CD | A | Interest | | | Redeemed | 11/09/15 | K | | |
| 65. --Discover Bank CD | A | Interest | L | T | | | | | |
| 66. --Bank of America NA | A | Interest | J | T | | | | | |
| 67. --Pepsico common stock | A | Dividend | L | T | | | | | |
| 68. --Yum Brands common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Oppenheimer Income Trust mutual fund | A | Dividend | J | T | | | | | |
| 70. --Goldman Sachs Bank CD | A | Interest | K | T | | | | | |
| 71. --Sallie Mae Bank CD | A | Interest | L | T | | | | | |
| 72. --Motorola Solutions | A | Dividend | J | T | | | | | |
| 73. --Synchrony Bank fka GE CAP Retail Bank CD | A | Interest | | | Redeemed | 06/01/15 | L | | |
| 74. --Synchrony Bank fka GE CAP Retail Bank CD | A | Interest | | | Redeemed | 06/01/15 | L | | |
| 75. --Discover Bank CD | A | Interest | K | T | | | | | |
| 76. --Vodafone common stock | A | Dividend | J | T | | | | | |
| 77. --Blackrock Global Mutual Fund | B | Dividend | M | T | | | | | |
| 78. --BMW Bank CD | A | Interest | | | Redeemed | 10/26/15 | L | | |
| 79. --GE Capital Bank CD | A | Interest | | | Redeemed | 11/16/15 | K | | |
| 80. --GE Capital Bank CD | A | Interest | L | T | | | | | |
| 81. --GE Capital Bank CD | A | Interest | K | T | | | | | |
| 82. --GE Capital Bank CD | A | Interest | J | T | | | | | |
| 83. --GE Capital Bank CD | A | Interest | K | T | | | | | |
| 84. --Goldman Sachs Bank CD | A | Interest | L | T | | | | | |
| 85. --Wal-Mart common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. U.S. Savings Bonds | | None | K | T | | | | | |
| 87. U.S. Savings Bonds | | None | K | T | | | | | |
| 88. US Savings Bonds | | None | K | T | | | | | |
| 89. Bank of America Dep Account Preferred | B | Interest | N | T | | | | | |
| 90. IRA #2 (H) | | | | | | | | | |
| 91. --Blackrock GLB | A | Dividend | K | T | | | | | |
| 92. --David Global | A | Dividend | M | T | | | | | |
| 93. --Direxon Index | A | Dividend | K | T | | | | | |
| 94. --JPMorgan Global | A | Dividend | L | T | | | | | |
| 95. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 96. First Trust NASDAQ | A | Dividend | K | T | | | | | |
| 97. Guggenheim S&P 500 | | None | | | Sold | 12/11/15 | K | A | |
| 98. IShares Russell MidCap | | None | | | Sold | 12/11/15 | K | A | |
| 99. IShares MSCI EAFE | | None | | | Sold | 12/11/15 | K | A | |
| 100. IShares Global Tech | A | Dividend | K | T | | | | | |
| 101. IShares MSCI Energing | | None | | | Sold | 12/11/15 | J | A | |
| 102. IShares TR Russell 2000 | | None | | | Sold | 12/11/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Powershares BuyBack Achvrs | A | Dividend | K | T | | | | | |
| 104. Vanguard Value | A | Dividend | K | T | | | | | |
| 105. Vanguard Growth | A | Dividend | K | T | | | | | |
| 106. Vanguard FTSE Allworld | A | Dividend | K | T | | | | | |
| 107. Allianz Annuity (fixed rate) | E | Distribution | L | T | | | | | |
| 108. American General Annuity (fixed rate) | D | Distribution | K | T | | | | | |
| 109. Trust #1 (H) | | | | | | | | | |
| 110. --Bank of America | | None | | | Closed | 05/11/15 | K | | |
| 111. IShares Core S&P Small | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 112. IShares 1-3 year | A | Dividend | M | T | Buy | 02/11/15 | M | | |
| 113. SPDR S&P mid-cap 400 | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 114. SPDR S&P 500 | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 115. Vanguard FTSE Emerging | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 116. Vanguard FTSE Developed | A | Dividend | K | T | Buy | 12/08/15 | K | | |
| 117. First TR NASQ100 | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 118. Guggenheim S&P 500 | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 119. IShares Core S&P small | A | Dividend | K | T | Buy | 12/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IShares Russell mid-cap | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 121. IShares MSCI EAFE | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 122. IShares Global Tech | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 123. IShares 1-3 year | A | Dividend | L | T | Buy | 09/18/15 | L | | |
| 124. IShares MSCI Emerging | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 125. IShares Russell 2000 | A | Dividend | J | T | Buy | 09/18/15 | K | | |
| 126. Powershares BuyBack | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 127. SPDR S&P mid-cap 400 | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 128. SPDR S&P 500 | A | Dividend | K | T | Buy | 12/10/15 | K | | |
| 129. Vanguard Value | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 130. Vanguard Growth | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 131. Vanguard FTSE Emerging | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 132. Vanguard Dividend | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 133. Vanguard FTSE All World | A | Dividend | K | T | Buy | 09/18/15 | K | | |
| 134. Vanguard FTSE Developed | A | Dividend | J | T | Buy | 12/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 78: Trust #1 was a testamentary trust fully administered and distributed to beneficiaries as of May 11, 2015.

Part VII: I cannot specifically list the amount of income earned during the reporting period for my annuities because none of the annuity companies provided detailed income information to me.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Bolton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544